**Catherine RYAN, Appellant, v. ILLINOIS STEEL COMPANY, Appellee.**

Circuit Court of Appeals, Eighth Circuit.
October 4, 1928.

No. 8375.

1020

Louis P. Sheahan, of St. Paul, Minn., for appellant.

Davis, Severance & Morgan, of St. Paul, Minn., for appellee.

PER CURIAM. Appeal docketed and dismissed, without costs to either party in this court, per stipulation of parties.